UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| OMAR SHARRIEF GAY, | ) | NO. CV 07-6583-DDP(CT) |
| | ) | |
| Petitioner, | ) | JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| M. EVANS, WARDEN; J. WOODFORD, | ) | |
| DIRECTOR, | ) | |
| | ) | |
| Respondents. | ) | |

In this action, petitioner, a state prisoner, has filed his second petition for writ of habeas corpus. The court has ordered that the petition be dismissed pursuant to 28 U.S.C. § 2244(b), because it is a successive petition, and there is no authorizing order from the Court of Appeals.

ACCORDINGLY, IT IS HEREBY ADJUDGED that this petition is denied and dismissed without prejudice.

DATED: 7-1-08

DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE